IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES BERGERON                                                                PLAINTIFF

VS.                                                          CIVIL ACTION NO. 5:06cv6-DCB-MTP

CHRISTOPHER B. EPPS, et al                                          DEFENDANTS

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Accordingly, the Defendant's Motion for Summary Judgment [33] is granted and Plaintiff's claim against defendant Burkhalter is dismissed with prejudice.

SO ORDERED, this the __6th__ day of October, 2008.

                              s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE