IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES BERGERON                                                                              PLAINTIFF

VS.                                                             CIVIL ACTION NO.  5:06cv6-DCB-MTP

CHRISTOPHER B. EPPS, et al                                                              DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendant's Motion for Summary Judgment [33] should be granted and Plaintiff's claim against defendant Burkhalter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment [33]  be granted , and Plaintiff's claim against defendant Burkhalter be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   6th    day of October, 2008.

                                        s/ David Bramlette
                             UNITED STATES DISTRICT JUDGE